8/24/2026 MOOT. SEE AMENDED SETTLEMENT AGREEMENT AT DOCKET #74.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>CELEST INVESTMENTS, LLC,<br>Debtor. | Chapter 11<br>Case No. 26-40564 EDK |

**MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN AND AMONG THE DEBTOR, CELEST INVESTMENTS, LLC, SHARON DONNA, LLC AND CHLOE, LLC REGARDING MOTION FOR RELEIF FROM AUTOMATIC STAY**

The Debtor, Celest Investments, LLC (the "Debtor"), moves pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure to approve the Stipulation annexed hereto as Exhibit A (the "**Stipulation**") between and among the Debtor, Celest Investments, LLC, Sharon Donna, LLC and Chloe, LLC.

In support of this Motion, the Debtor states as follows:

1. The Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code on May 13, 2026 (the "Petition Date").

2. Prior to the Petition Date, the Debtor owned real property at 59 Bellevue Street, Lawrence, Massachusetts, aka 12-22 Highgate Street, Lawrence, Massachusetts ("Bellevue" or the "Property"). Bellevue had been encumbered by mortgages, including a first mortgage held by Sharon Donna, LLC ("Sharon") and a second mortgage held by Chloe, LLC ("Chloe"). Additionally, the Property is further encumbered by a judicial lien in favor of Park Lending Trust, which is disputed, and certain unpaid real estate taxes.

3. Sharon asserts that it is owed $489,686.06 as of July 28, 2026, consisting of principal in the amount of $420,000, interest in the amount of $38,694.80, late charges in the amount of $2,362.50, pre-petition attorneys' fees and costs in the amount of $10,770.53, auctioneer's fees in the amount of $4,269.00 and post-petition attorneys' fees in the amount of $13,589.23 (the "Sharon Balance").